JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-04594 JGB (AGR) | Date | August 15, 2023 |
|---|---|---|---|
| Title | *Anthony R. Hoskin v. David Villarreal, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On June 12, 2023, pro se Plaintiff Anthony R. Hoskin ("Mr. Hoskin") filed a civil rights complaint against Defendants David Villareal and F. Ulloa. (Dkt. No. 1.) On the same day, Mr. Hoskin filed a request to proceed without prepayment of filing fees. ("IFP Request," Dkt. No. 2.) On June 15, 2023, Mr. Hoskin's trust statement account was filed with the Court. ("Trust Statement," Dkt. No. 4.) On June 20, 2023, the Court found that Mr. Hoskin is not able to prepay the full filing fee, granted Mr. Hoskin's IFP Request, and ordered that Mr. Hoskin pay an initial partial filing fee of $9. ("IFP Order," Dkt. No. 5.) On July 7, 2023, Mr. Hoskin submitted $0.10 as part of his initial partial filing fee. (Dkt. No. 6.) On July 11, 2023, nine days before Mr. Hoskin's initial partial filing fee was due, Mr. Hoskin filed a motion to proceed without prepayment of the filing fees. ("Motion," Dkt. No. 7.) On August 2, 2023, the Court denied the Motion and ordered Mr. Hoskin to pay the rest of the initial partial filing fee within nine days of the Court's order. (Dkt. No. 8.) The Court also warned him that failure to pay the initial partial filing fee would result in dismissal of his Complaint. (Id.)

As of writing, Mr. Hoskin has not paid the initial partial filing fee. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**